LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLENE BUTTS, <br><br>    Plaintiff, <br><br>    v. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br>    Defendant. | No.  EDCV 14 -00064 AS <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($1,600.00) subject to the terms of the stipulation.


DATE:  September 9, 2015                    / s /_____

                                                  HON. ALKA SAGAR
                                                  UNITED STATES MAGISTRATE JUDGE